# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2014

149645 & (36)(40)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WALBRIDGE INDUSTRIAL PROCESS, LLC,
      Plaintiff-Appellee,

v

SC: 149645
COA: 321818
Wayne CC: 13-003711-CK

JAMES M. SEAGRAM, JR., and
ATLAS INDUSTRIAL CONTRACTORS, LLC,
      Defendants-Appellants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion to partially seal file is GRANTED consistent with the terms of the June 17, 2014 order of the Court of Appeals addressing the same matter. The application for leave to appeal the June 17, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2014



Clerk

p1007